1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

11    JAMES JOSEPH PACKARD,              )   Case No. CV 11-1589-VAP (DTB)
12                        Petitioner,    )
                                         )   ORDER ACCEPTING FINDINGS,
13            vs.                        )   CONCLUSIONS AND
                                         )   RECOMMENDATIONS OF UNITED
14    BRENDA M. CASH, Warden,            )   STATES MAGISTRATE JUDGE
                                         )
15                        Respondent.    )
16    ─────────────────────────────     )

17          Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the
18    records and files herein, and the Report and Recommendation of the United States
19    Magistrate Judge.  Objections to the Report and Recommendation have been filed
20    herein.  Having made a de novo determination of those portions of the Report and
21    Recommendation to which objections have been made, the Court concurs with and
22    accepts the findings, conclusions and recommendations of the Magistrate Judge.
23          IT THEREFORE IS ORDERED that Judgment be entered denying the Petition
24    and dismissing this action with prejudice.
25
26    Dated: May 8 2012
27
28                                              VIRGINIA A. PHILLIPS
                                                UNITED STATES DISTRICT JUDGE

1