# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES JOSEPH PACKARD,<br><br>　　　　　Petitioner,<br><br>　　vs.<br><br>BRENDA M. CASH, Warden,<br><br>　　　　　Respondent. | Case No. CV 11-1589-VAP (DTB)<br><br>**JUDGMENT** |

　　Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　IT IS ADJUDGED that the action is dismissed with prejudice.

Dated: May 8 2012

　　　　　　　　　　　　　　　　　　　VIRGINIA A. PHILLIPS
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1